IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>         Plaintiff,                              )<br>vs.                                                 )<br>                                                    )<br>Julio Maro Haro-Verdugo; Lorenio Haro,)<br>                                                    )<br>         Defendants.                           )<br>                                                    ) | No. CR 05-125 TUC DCB (BPV)<br><br>**REPORT AND RECOMMENDATION** |

Currently pending before the Court is Plaintiff's Motion for Interlocutory Sale As to: 1481 East Patagonia Highway, Nogales, Arizona (Doc. # 303). This motion has been referred to Magistrate Velasco for report and recommendation.

Rule E(9)(b), Supplemental Rules for Certain Admiralty and Maritime Claims provides authority for an interlocutory sale of property pending the forfeiture action. Such interlocutory action, however, is authorized only in the instance that the real property is liable to deterioration of value, decay or injury. In response to this Court's order, the government filed a Supplement in Support of the Motion for Interlocutory Sale on June 7, 2006 ("Supplement"). The government submitted evidence in the form of the Declaration of Rene Amarillas, Special Agent, Drug Enforcement Administration, ("Declaration"), attached to the Supplement.

The Declaration demonstrates the following: (1) The property at issue, a residence, is vacant and remains in the name of Julio Mario an Lorenio Haro (Declaration, p. 2-3); (2) Although the electricity to the property was turned off on May 9, 2006, due to lack of payment, Special Agent Amarillas has observed illuminated lights at the property (Declaration, p.3); (3) Special Agent Amarillas has encountered

one visitor on the property, with keys to the property, who claimed to be interested in purchasing the property for $120,000, slightly more than half the appraised value of the property; a records check of the visitor to the property reveals that the visitor's wife is the current responsible party for the water service at that address (Declaration, p.2-4.); A records check revealed that outstanding taxes on the property are owed in the amount of $1828.29 (Declaration, p. 2.) (4) Garage doors at one observation were opened though no one was present and later closed, the stove has been disconnected and moved to the middle of the kitchen, and the outdoor plants are dry and uncared for (Declaration at 2-3).

The Statement further demonstrates that the Mortgagor, JP Morgan Chase Bank, has noticed a trustees sale for June 27, 2006, although Julio Maro Haro and Lorenio Haro have entered into a Forbearance Agreement with Chase Bank and have thus far successfully made all payments. (Statement, p.3.)

The government alleges that the property is located approximately ten miles from the United States and Mexico international border, and in a known corridor of narcotics and alien smuggling. The Statement further alleges that it is not uncommon for alien and narcotics smugglers to break into vacant houses to rest, repackage narcotics and clean up before reaching their destinations.

These facts demonstrate that (1) The property is vacant and, because of its location near the international border, is possibly subject to a greater risk of vandalism and potential depreciation; (2) The property appears to be deteriorating, although minimally, but combined with the loss of equity due to the accruing taxes, the loss of equity factor is compelling; (3) Defendants appear to be attempting to sell the property notwithstanding the government's lis pendens. The Magistrate Judge finds, on these facts, that the real property is liable to deterioration of value, decay or injury

**Recommendation**

For these reasons, the Magistrate Judge recommends that the District Court GRANT the Motion for Interlocutory Sale.

Pursuant to Title 28 U.S.C. §636(b), any party may serve and file written objections within 10 days of being served with a copy of this Report and Recommendation. If objections are not timely filed, they may be deemed waived. If objections are filed, the parties should use the following case number: **CR 05-125 TUC DCB**

DATED this 16th day of June, 2006.

_____
Bernardo P. Velasco
United States Magistrate Judge

- 3 -