# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff(s),** | ) CR 05-125-TUC-DCB(BPV) <br> ) <br> ) **ORDER** |
| vs. | ) <br> ) |
| **Julio Maro Haro-Verdugo and Lorenio Haro,** | ) <br> ) <br> ) |
| **Defendant(s).** | ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Plaintiff's Motion for Interlocutory Sale As to: 1481 East Patagonia Highway, Nogales, Arizona (Doc. #303) .

Magistrate Judge Velasco reviewed and relied on Plaintiff's Motion, Supplement in Support of the Motion for Interlocutory Sale, and the Declaration of Rene Amarillas, Special Agent, Drug Enforcement Administration (Doc. #335), and issued his Report and Recommendation on June 16, 2006.   A copy was sent to all parties.  No objections to the Magistrate Judge's Report and Recommendation have been filed.  Any objections that have not been raised are waived and will not be addressed by the Court.  *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Velasco's Report and Recommendation (Doc.

/ / /

/ / /

# 342) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Plaintiff's Motion for Interlocutory Sale (Doc. #303) is GRANTED.

DATED this 13th day of July, 2006.

David C. Bury
United States District Judge